# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DWAYNE UNDERWOOD, | : | Civil No. 1:19-CV-01803 |
| Petitioner, | : | |
| v. | : | |
| WARDEN SCOTT FINLEY, *et al.*, | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 16th day of December, 2020, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. The petition for writ of habeas corpus (Doc. 1) is **DENIED AS MOOT**.

2. Petitioner's emergency motion for bail (Doc. 7) is **DENIED AS MOOT**.

3. A certificate of appealability is **DENIED**.

4. The Clerk of Court is directed to close this case.

                                               s/Jennifer P. Wilson
                                               JENNIFER P. WILSON
                                               United States District Court Judge
                                               Middle District of Pennsylvania